AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

Barbara Schenk,

                Plaintiff,

v.

Andrew Saul

                Defendant.

JUDGMENT For ATTORNEY FEES IN A CIVIL CASE

Case Number: 2:19-cv-02062-DJA

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

IT IS THEREFORE ORDERED that the motion for attorney's fees (ECF No. 21) is GRANTED. Plaintiff's attorney, Mark V. Kalagian, is awarded attorneys' fees pursuant to 42 U.S.C. § 406(b) in the amount of $19,000.00.

IT IS FURTHER ORDERED that attorney Mark V. Kalagian shall reimburse Plaintiff the amount of $2,985.00 for EAJA fees previously paid by the Commissioner.

| | |
|---|---|
| 6/14/ 2021 | DEBRA K. KEMPI |
| Date | Clerk |
| | /s/ Y.A. Williams |
| | Deputy Clerk |